UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MUHAMMAD JALAL DEEN AKBAR,

Petitioner,

v.

Mr. BRIAN JETT, Warden et al
U.S. GOV'T,

Respondents.

Civil No. 09-1592 DSD/SRN

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 7, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is **DENIED**;

2. Petitioner's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

3. This action is summarily **DISMISSED** for lack of jurisdiction.

DATED: July 28, 2009

s/David S. Doty
David S. Doty, Judge
United States District Court